UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Mica Lane Uselton, Individually and as Independent Executrix of the Estate of Mary Fincher, Carroll D. Fincher, Randy Fincher, Shane Fincher and Misti Oakes,**<br>   Plaintiff,<br><br>v.<br><br>**PFIZER INC.**<br>   Defendant. | MDL NO. 1699<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br><br><br><br><br><br>Case No. 3:05-cv-04413-CRB |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiffs Mica Lane Uselton, Individually and as Independent Executrix of the Estate of Mary Fincher, Carroll D. Fincher, Randy Fincher, Shane Fincher and Misti Oakes in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: March 25, 2009

By _____
John David Hart
State Bar No. 09147700
Law Offices of John David Hart
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102
817/332-5858 (Fax)
johnhart@hartlaw.com

**ATTORNEY FOR PLAINTIFF**

DATED: __9/14/2009__          By __/s/ John Dougherty__

                                                John Dougherty
                                                DLA Piper LLP (US)
                                                6225 Smith Avenue
                                                Baltimore, MD 21209
                                                410-580-3000
                                                410-580-3001 (Fax)

                                                ATTORNEY FOR DEFENDANT

PURSUANT TO THE TERMS SET FORTH IN PARTIES' STIPULATION, IT IS SO ORDERED.

Dates: __Sept. 16, 2009__

                                                Howard␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣
                                                United

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*